IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| v. | : | NO. 09-cv-572-JPG |
| | : | |
| $15,440.00 IN UNITED STATES CURRENCY, | : | |
| | : | |
| | : | |
| DEFENDANT. | : | |

## **JUDGMENT AND DECREE FOR FORFEITURE**

A default having been entered as to Artemio R. Gutierrez, and all interested parties in the above case on the 30th day of June, 2010 [Doc. 8], all in accordance with Rule 55 of the Federal Rules of Civil Procedure, and counsel for plaintiff having requested judgment against said defaulted defendants and having filed a proper motion with me as to the requested relief;

On the 28th day of July, 2009, a Verified Complaint for Forfeiture against the defendant, more further described as:

**$15,440.00 in United States Currency**

was filed on behalf of the plaintiff, United States of America. The Complaint alleges that said currency constitutes money furnished or intended to be furnished by a person in exchange for a controlled substance, or proceeds traceable to such an exchange, and money used to facilitate in violation of 21 U.S.C. § 801 *et seq.* and is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

It appearing that process was fully issued in this action and returned according to law;

That pursuant to a warrant of arrest issued by this Court, the United States Marshal for this District seized said property on December 3, 2010;

Notice of this action was also published on an official government website (www.forfeiture.gov) for at least 30 consecutive days, beginning October 27, 2009.

That Artemio R. Gutierrez was defaulted on July 12, 2010 [Doc. 11];

Now, therefore, on motion of the plaintiff, United States of America, for a Judgment and Decree of Forfeiture, the property, more further described as:

**$15,440.00 in United States Currency**

is hereby ordered forfeited to the United States of America and no right, title or interest in the property shall exist in any other party.  The defendant property shall be disposed of according to law by the United States Marshal.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of the plaintiff, United States of America, and against the defendant as described above.

**DATE:  January 11, 2011**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **United States District Judge**